UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON RIVERA | : | CIVIL ACTION NO.: 3:14CV1114 |
| VS. | : | |
| JON FEMIA | : | AUGUST 4, 2014 |

## C O M P L A I N T

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is an adult citizen of the United States who resides in Meriden, Connecticut.

4. During all times mentioned in this action, the defendant was a Meriden Police Officer acting in his capacity as such. He is sued only in his individual capacity.

5. During all times mentioned in this Complaint, the defendant was acting

1

under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. At all times mentioned in this Complaint, the defendant acted jointly and in concert with other Meriden police officers who also participated in the brutality hereinafter described. The defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other officers but failed and refused to perform such duty.

7. At approximately 2:00 a.m. on September 11, 2011, in the vicinity of 16 River Road in Meriden, the defendant assaulted the plaintiff in the course of an arrest, striking him repeatedly with a police baton. As a result, the plaintiff sustained physical injuries to many areas of his body and suffered pain and bruising.

8. In the manner described above, the defendant subjected the plaintiff to unreasonable force in violation of the Fourth Amendment to the United States Constitution.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees and costs.

THE PLAINTIFF

BY:_____/s/_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        jrw@johnrwilliams.com
        His Attorney